UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLEY COAN,

    Petitioner,

v.

COUNTY OF MENDOCINO,

    Respondent.

Case No. 18-cv-06758-SI

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a new action for writ of habeas corpus if she is ever convicted and after she exhausts state court remedies for her claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 12, 2019

SUSAN ILLSTON
United States District Judge